IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PEACOCK,

    Plaintiff,

vs.                                                    No. 2:20-cv-00437-KWR-JFR

LEA COUNTY DETENTION FACILITY and
LEA COUNTY SHERRIFF'S DEPARTMENT,

    Defendants.

## **JUDGMENT**

**THIS MATTER** came before the Court under 28 U.S.C. § 1915A, 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6) on the Complaint for Violation of Civil Rights filed by Plaintiff, Joshua N. Peacock (Doc. 5) and the Court having entered its Memorandum Opinion and Order (Doc. 16) on **May 13, 2021**, dismissing all claims with prejudice for failure to state a claim on which relief can be granted,

**IT IS ORDERED** that **JUDGMENT** is entered and the Complaint for Violation of Civil Rights filed by Plaintiff, Joshua N. Peacock (Doc. 5) and all claims and causes of action are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**